IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-00194-MP-GRJ

CONTENTS OF PERKINS STATE BANK ACCOUNT NO. 104091716 UNDER THE NAME OF DIXIE H HOWELL AND TERREL D HOWELL, JR.

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 11, Joint Report under Fed. R. Civ. P. 26, in which the parties agree to all deadlines.  The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

    **DONE AND ORDERED** this 19th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge