**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:11cv194-MP-GRJ

CONTENTS OF A PERKINS STATE BANK
ACCOUNT #104091716, UNDER THE
NAME OF DIXIE H. HOWELL AND
TERREL D. HOWELL, JR.

_____/

## DECREE OF FORFEITURE

This matter is before the court the Motion for Decree of Forfeiture, filed by the United States of America. (Doc. 16). On September 19, 2011, a Verified Complaint of Forfeiture in Rem against the defendant property, Contents of Perkins State Bank Account #104091716, in the amount of $11,324.99 in United States Currency, was filed on behalf of the Plaintiff, United States of America. (*See* doc. 1). The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A).

It appears that process was fully issued in this action according to law:

That Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning September 22, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, Contents of Perkins State Bank Account #104091716 in the amount of $11,324.99 in United States Currency shall be forfeited to the United States of

America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE and ORDERED** this 20th day of January, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 1:11cv194-MP-GRJ*